IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RONALD EDWARD POPE, | ) | |
| Petitioner, | ) | |
| v. | ) | CV 308-104 |
| DANIEL STONE, Warden, et al., | ) | |
| Respondents. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 10). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent Baker's "Motion to Dismiss Attorney General Baker as an Improper Party Respondent" (doc. no. 5) is **GRANTED**, Thurbert Baker is **DISMISSED** as an improper party Respondent, this habeas corpus petition is **DENIED**, and a final judgment shall be **ENTERED** in favor of Respondent Stone.

SO ORDERED this 9th day of November, 2009, in Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE